IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02510-RBJ

Robin Ferruggia,

    Plaintiff,

v.

Western Control Services, Inc., Experian
Information Services, LLC, TransUnion, LLC,
and Emily Rucker, Individually,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice by Plaintiff Robin Ferruggia against Defendant Emily Rucker, the Court having reviewed the file, and being fully advised in the matter

DOES HEREBY ORDER that this matter shall be dismissed with prejudice as to the claim against Defendant Emily Rucker.  All parties will pay their own attorney's fees and costs.

Done this 24th day of April, 2013.

                                                     BY THE COURT:

                                                     _____
                                                     District Court Judge

4835-0981-6851, v.  1

Case 1:12-cv-02510-RBJ   Document 40   Filed 04/24/13   USDC Colorado   Page 2 of 2